IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRADY WILLIAMS,**

    **Plaintiff,**

            Case No. 2:19-cv-4302

    vs.              Judge Edmund A. Sargus, Jr.

            Chief Magistrate Judge Elizabeth P. Deavers

**FORWARD ROLLING, LLC,**
*et al.*,
    **Defendants.**

## ORDER

Based on the representations contained in Plaintiff's Status Report file on December 11, 2020 (ECF No. 34), the Motion to Compel filed on November 2, 2020 (ECF No. 26) is **DENIED without prejudice.**

The Clerk is **DIRECTED** to serve via first class mail a copy of the motion and this Order on Interventional Pain Center at the following address:

78 Messimer Drive
Newark, Ohio 43055

The Clerk is **FURTHER DIRECTED** to indicate on the docket the fact of mailing.

    **IT IS SO ORDERED.**

                      */s/ Elizabeth A. Preston Deavers*
**DATED: December 14, 2020**    **ELIZABETH A. PRESTON DEAVERS**
                      **CHIEF UNITED STATES MAGISTRATE JUDGE**